[Nos. 34069-1-II; 34462-9-II.   Division Two.   December 26, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES STEPHEN COON, JR., *Appellant*.

*In the Matter of the Personal Restraint of* JAMES STEPHEN COON, JR., *Petitioner*.

Appeal from a judgment of the Superior Court for Pierce County, No. 02-1-03592-4, Rosanne Buckner, J., entered November 10, 2005, together with a petition for relief from personal restraint. Judgment *affirmed* and petition *denied* by unpublished opinion per Hunt, J., concurred in by Houghton, C.J., and Van Deren, J.

[No. 34444-1-II.   Division Two.   December 26, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. KENDALL R. COBB, *Appellant*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 05-1-00462-5, David E. Foscue, J., entered February 21, 2006. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Houghton, C.J., and Hunt, J.

[No. 34607-9-II.   Division Two.   December 26, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID D. MOORE, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 05-1-02319-1, Chris Wickham, J., entered March 16, 2006. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Houghton, C.J., and Hunt, J.